COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Jennie Larry Johnson v. Freo Texas LLC

Appellate case number:   01-15-00398-CV

Trial court case number:  15-CCV-054223

Trial court:                      County Court at Law No 3 of Fort Bend County

Appellant's May 14, 2014 Emergency Motion to Stay Writ of Possession is **DENIED**.

It is so ORDERED.

Judge's signature: __/s/_ Rebeca Huddle
               X  Acting individually      ☐  Acting for the Court

Date:  May 19, 2015